AMY D. CHRISTENSEN
CHRISTENSEN & PREZEAU, PLLP
THE MONTANA CLUB BUILDING
24 W. 6TH AVENUE, SUITE 501
HELENA, MT 59601
(406) 442-3690 (PHONE)
(406) 603-4008 (FAX)
amy@cplawmt.com

PROSECUTING ATTORNEY



**FILED**

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0035

FILED

JAN 16 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \*

| | |
|---|---|
| INQUIRY CONCERNING COMPLAINT OF JUDICIAL STANDARDS COMMISSION OF THE STATE OF MONTANA, | ) No. _____ ) ) ) ) |
| Complainant, | ) **FORMAL COMPLAINT** ) |
| vs. | ) ) |
| JUDGE DEBORAH KIM CHRISTOPHER, | ) ) ) ) |
| Respondent. | ) ) |

COMES NOW Amy D. Christensen, Prosecuting Attorney appointed by the Judicial Standards Commission of the State of Montana, and, on behalf of the Judicial Standards Commission, does hereby make formal complaint against Judge Deborah Kim Christopher, a judicial officer of the State of Montana, as follows:

1. Judge Christopher is a duly elected district judge of the Montana Twentieth Judicial District, Lake and Sanders Counties.

2. This judicial disciplinary matter arises from allegations that Judge Christopher failed to diligently perform her judicial and administrative duties.

3. Judge Christopher cancelled as many as nineteen Law and Motion days in 2021. While some of the cancellations were related to court business, judicial meetings, or holidays, six of the cancellations were for personal reasons that lacked consistent explanation and documentation.

4. Judge Christopher cancelled as many as eleven Law and Motion days in 2022, not including fourteen Law and Motion days covered by retired judges during an absence occasioned by her medical illness. Five of the cancellations were for reasons that lacked consistent explanation and documentation. Two additional cancellations were for personal, non-medical reasons and were initiated within days after she returned from an almost three-month medical absence.

5. Judge Christopher failed to adequately communicate about her absence and need for coverage of her docket when she became ill in April 2022. On April 20, 2022, Judge Christopher issued an administrative notice that thirteen judges from around the state would have "jurisdiction over any matters requiring judicial action." Judge John Larson (Ret.) provided limited coverage of Law and Motion days on or around April 26, 2022, but it was not until the Montana Supreme issued an Order

activating Judge Karen Townsend (Ret.) on May 12, 2022, that there was regular and consistent coverage for Judge Christopher's caseload.

6. Rule 2.5 of the Montana Code of Judicial Conduct provides that a judge "shall perform judicial and administrative duties competently and diligently."

7. Judge Christopher's conduct violated Rule 2.5 in that she failed to timely and adequately arrange for coverage when she became ill and failed to attend to regularly scheduled Court business, in many cases for indeterminate reasons.

8. Judge Christopher's conduct warrants disciplinary action in accordance with the Rules of the Judicial Standards Commission of the State of Montana.

DATED this 16th day of January, 2024.

_____
Amy D. Christensen

## CERTIFICATE OF MAILING

I hereby certify that on the 16th day of January, 2024 a copy of the foregoing **FORMAL COMPLAINT** was served as follows:

Clerk of Court
Montana Supreme Court
215 N. Sanders, Room 323
P.O. Box 203003
Helena, MT 59620-3003
*Hand Delivered*

Hon. Deborah Kim Christopher
20th Judicial District Court
106 Fourth Avenue East
Polson, MT 59860
*Mailed via USPS*